NATIONAL LABOR RELATIONS
BOARD, Plaintiff, Appellant,

v.

SAMUEL BENT, LLC, Defendant,
Appellee.

No. 00–2411.

United States Court of Appeals,
First Circuit.

June 14, 2001.

ORDER OF COURT

The National Labor Relations Board's motion to dismiss this appeal as moot is granted. The district court's decision and judgment is vacated and the matter is remanded with directions to dismiss the petition as moot.

Mandate to issue forthwith.